IN AND FOR THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARRIN JACKSON, one of the People )<br>)<br>    Plaintiff    )<br>)<br>v.    )<br>)<br>)<br>KELLY GREENOUGH    )<br>   (TULSA DISTRICT JUDGE);  )<br>M. JOHN KANE IV    )<br>   (OK SUP CT CHIEF JUSTICE); )<br>GENTNER DRUMMOND  )<br>   (OK ATTORNEY GENERAL) )<br>)<br>    Defendants    ) | **FILED**<br>SEP 0 5 2024<br>Heidi D. Campbell, Clerk<br>U.S. DISTRICT COURT<br><br>Case No.:24-cv-379-JFH-CDL<br><br>Demanding: AUTOMATIC STAY<br>(Tulsa District Court, Case CJ-22-2609); |

Notice of Service and Demand for Injunction Against Proceedings in Oklahoma Civil Case

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

### STATUS, STANDING, JURISDICTION

I, Jarrin Jackson, one of the People (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Magistrate Judge Christine Little, this Notice, by necessity, so that you do provide immediate due care;

### NOTICE OF SERVICE

**Please take Notice that** Defendants in Case 4:24-cv-00379-JFH-CDL were served summons by certified mail.

**Please take Notice that** Kelly Greenough was served (Certified #9589071052701254864780, Received 8-16-24).

**Please take Notice that** John Kane was served (Certified #9589071052701254864773, Received 8-17-24).

**Please take Notice that** Gentner Drummond was served (Certified #958907105270970218, Received 8-17-24).

### IMMEDIATE RELIEF DEMANDED

**Please take Further Notice that Plaintiff is suffering irreparable harm, in that an Oklahoma court is exercising jurisdiction over private rights without constitutional authority, and now demands and moves you to order an immediate injunction, or automatic stay (Rule 62) in Tulsa District Court Civil Case CJ-22-2609 for the violated rights supported by affidavit in my initial filing. This demand shall not be denied or disparaged for informality or failure to conform to court rules.**

### AUTHORITIES

**Please take Further Notice that** the Judiciary Act of 1789 (1 Stat 73), Section 34 reads, "And be it further enacted, That the laws of the several states, except where the constitution, treaties or statutes of the United States shall otherwise require or provide, shall be regarded as rules of decision in trials at common law in courts of the United States in cases where they apply."

**Please take Notice that** constitutional due process for constitutional rights is by the common law as it was understood at the founding of this nation. Constitutional due process is distinct from statutory due process. Lastly, due process of law means a course of law as the settled maxims of law prescribe for my rights. Only courts of record are courts of competent jurisdiction to try private rights. The constitution

✓ Mail  ___ No Cert Svc  ___ No Orig Sign

___ C/J  ___ C/MJ  ___ C/Ret'd  ___ No Env

___ No Cpys  ✓ No Env/Cpys  ___ O/J  ___ O/MJ



must be obeyed by government, and whenever my rights are violated, sworn trustees are dutibound to perform duties in defense of those rights. (see evidence below):

**Oklahoma Constitution, Article 2, Section 7**
"No person shall be deprived of life, liberty, or property without due process of law."

**United States Constitution, Fifth Amendment**
"...nor be deprived of life, liberty, or property, without due process of law..."

**SEC v. Jarkesy, 603 U.S. ____ (2024)**
"The Fifth Amendment's Due Process Clause addressed remaining concerns about the processes that would attend trials before independent judges and juries. It provided that the government may not deprive anyone of "life, liberty, or property, without due process of law." As originally understood, this provision prohibited the government from "depriv[ing] a person of those rights without affording him the benefit of (at least) those customary procedures to which freemen were entitled by the old law of England." *Sessions v. Dimaya,* 584 U.S. 148, 176 (2018) (GORSUCH, J., concurring in part and concurring in judgment) (internal quotation marks omitted); see *Erlinger,* 602 U.S., at ____ (slip op., at 6-7). More than that, because it was "the peculiar province of the judiciary" to safeguard life, liberty, and property, due process often meant judicial process. 1 St. George Tucker, Blackstone's Commentaries, Editor's App. 358 (1803). That is, if the government sought to interfere with those rights, nothing less than "the process and proceedings of the common law" had to be observed before any such deprivation could take place. 3 J. Story, Commentaries on the Constitution of the United States §1783, p. 661 (1833) (Story). In other words, "'due process of law' generally implie[d] and include[d]...*judex* [a judge], regular allegations, opportunity to answer, and a trial according to some settled course of judicial proceedings." *Murray's Lessee,* 18 How., at 280."

**"Common Law", Black's Law Dictionary, 4th Edition**
"As distinguished from law created by the enactment of legislature, the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England."

**"Due Process of Law", Black's Law Dictionary, 4th Edition**
"Law in its regular course of administration through courts of justice. 3 Story, Const. 264, 661. "Due process of law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction, and under such safeguards for the protection of individual righs as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441."

**"Court of Record", Black's Law Dictionary, 4th Edition**
"A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial."

**Maxim of Law:** "Obedience makes government, not the name by which it is called." C.LM.
**Maxim of Law:** "Things derogatory to the common law are not to be drawn into precedent." Branch, *Princ.*
**Maxim of Law:** "Judges are by no means favorable to things raised recently and subtly against the common law." *Halk. Max.* 73.

## CONCLUSION

**Please take Final Notice that** my rights are being attacked in an Oklahoma court and there is no judicial relief in Oklahoma, as trustees to the Oklahoma Constitution are refusing to perform sworn duties when I give them evidence of wrongdoing. You, Magistrate Judge Little, are obligated to use constitutional authority to protect my rights against disobedient servants who are violating the plain text of the Oklahoma Constitution.

Maxim of Law: "The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim.*

**Please take Notice that** this is sent to you in the peace and love of Jesus Christ. Luke 11:52 KJV.
**Maxim of Law:** "The Christian religion is part of the common law." *Lofft.* 327.

_____          8-27-24
Autograph                       Date

I certify that I sent this same document to the Defendants by US Postal Service on  8  3124  .



Jackson
P.O. Box 714
Owasso, OK 74055

OKLAHOMA CITY OK 730
3 SEP 2024 PM 4 L

Heidi Campbell
333 W. Fourth St, Rm 411
Tulsa, OK 74103

RECEIVED
SEP 05 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT