**FILED**
**SEP 1 6 2024**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**Affidavit of Status as "one of the people" and Right to Defend in Simplicity**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

Affiant and Plaintiff, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Judge Christine Little, this affidavit, to make the following claims so that you do provide due care;

**Please take Notice that** this is sent in response to your September 9, 2024 Order in Case 4:24-cv-00379-JFH-CDL, that reads, in part, "The plaintiff, proceeding *pro se*, filed a Complaint…"

**Claim #1:** Plaintiff's status in law is "one of the people".

**Claim #2:** Plaintiff proceeds by right, as one of the people, in Case 4:24-cv-00379-JFH-CDL and may prosecute this case in simplicity.

**Claim #3:** The constitutions grant no authority to change the status of people.

**Please take Notice that Plaintiff asks the constitutional question: "Where does any constitution grant the authority to change the status of the people?"**

**Please take Notice that** the Supreme Court affirmed "the people" as a status in law that enjoys the plain text guarantees of constitutions. You understand this as the "text, history, and tradition". "The People" is a status in law enforced by the Supreme Court (*Bruen*, 597 U.S. __ (2022)), the Circuit Courts – the Third (*Range*, No. 21-2835, 2023) and the Ninth (*Duarte*, No. 22-50048, 2024) – but most importantly, it is the status chosen by the sovereign – the people – who created government by writing constitutions. (see evidence below):

**Oklahoma Constitution, Article 2, Section 1**
"All political power is inherent in the people; and government is instituted for their protection, security, and benefit, and to promote their general welfare; and they have the right to alter or reform the same whenever the public good may require it: Provided, such change be not repugnant to the Constitution of the United States."

**Loper Bright Enterprises v. Raimondo, 603 U.S. __ (2024)**
"…the Constitution promises, **the American people are sovereign** and they alone may, through democratically responsive processes, amend our foundational charter or revise federal legislation. Unelected judges enjoy no such power." (bold for emphasis)

**New York Pistol Rifle & Pistol Assn., Inc v Bruen, 597 U.S. __ (2022)**
"Is is undisputed that petitioners Koch and Nash – two ordinary, law-abiding, adult citizens – are part of "the people" whom the Second Amendment protects. See *Heller*, 554 U.S., at 580."

**Range v. Attorney General of the United States, No. 21-2835 (3d Cir. 2022)**
"We agree with Range that, despite his false statement conviction, he remains among "the people" protected by the Second Amendment."

**Duarte v. United States, No. 22-50048 (9th Cir. 2024)**
"Applying *Bruen's* two-step, text-and-history framework, the panel concluded (1) Duarte's weapon, a handgun, is an "arm" within the meaning of the Second Amendment's text, that Duarte's "proposed course of conduct – carrying [a] handgun[] publicly for self-defense" - falls within the Second Amendment's plain language, and that Duarte is part of "the people" whom the Second Amendment protects because he is an American citizen."

**Maxim of Law:** "A status, once established, is presumed by the law to remain until the contrary appears or is expressed." *Kidder v. Stevens*, 60 Cal. 414, 419.

**Maxim of Law:** In the presence of a superior power, the inferior power ceases." *Jenk. Cent.* 214, c. 53; 13 How. (54 U.S.) 142.

**Please take Notice that** historically, at common law, people have the right to prosecute their cases in simplicity. People do not have to be studied in complex procedures that favor the monied or powerful. (see evidence below):

**Oklahoma Constitution, Article 2, Section 33**
"The enumeration in this Constitution of certain rights shall not be construed to deny, impair, or disparage others retained by the people."

**Ninth Amendment to the United States Constitution**
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

**Paul Samuel Reinsch, "English Common Law in the Early American Colonies", 1899**



"Persons may appear in their own way and according to their own manner and personally plead their cause; the complaint shall be filed in court fourteen days before trial; a copy of the complaint is to be delivered to the defendant at his dwelling house; the complaint must be attested by the oath of the plaintiff; all pleadings and processes and reports in court shall be short and in English and in ordinary and plain character, that they may be understood and justice speedily administered."
**Maxim of Law:** "Simplicity is favorable to the laws; and too much subtlety in law is to reprobated." 4 *Coke*, 8.

**Please take Notice that** the Supreme Court, in *SEC v. Jarkesy*, affirmed that the constitutions secured due process of law to prevent the Legislature from changing it, which means that the Federal Rules of Procedure, as an enactment of the Legislature, does not afford Plaintiff a judicial proceeding as promised in the constitutions. (see authority below):
**SEC v. Jarkesy, 603 U.S. ____ (2024)**
"In other words, "'due process of law' generally implie[d] and include[d]...*judex* [a judge], regular allegations, opportunity to answer, and a trial according to some settled course of judicial proceedings." *Murray's Lessee,* 18 How., at 280. This constitutional baseline was designed to serve as "a restraint on the legislative" branch, preventing Congress from "mak[ing] any process 'due process of law,' by its mere will." *Id.,* at 276."
**"Common law", Black's Law Dictionary (4th)**
"As distinguished from law created by the enactment of legislatures, the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England."
**Maxim of Law:** "Things derogatory to the common law are not to be drawn into precedent." Branch, *Princ.*
**Maxim of Law:** "Judges are by no means favorable to things raised recently and subtly against the common law." *Halk. Max.* 73.

**Please take Final Notice that** it is Plaintiff's wish, demand, and order that you afford Plaintiff a judicial proceeding according to the common law and the settled maxims of law as guaranteed in the constitutions.

**Please take Notice that** Plaintiff will serve Defendants by U.S. Marshals or available agent as a show of good faith and in the interest of justice.

**Please take Notice that** this is sent in the peace and love of Jesus Christ.

### Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief. Executed in ___Owasso___, Oklahoma on this _12_ day of _September_ in the Year of Our Lord Two Thousand and Twenty Four.

Autograph of Affiant: ____

### Notary as JURAT CERTIFICATE

Oklahoma State }
_Tulsa_ County }
On this _12_ day of _September_ 20 _24_ before me, _Madalynn Hufford_, a Notary Public, personally appeared Jarrin Jackson, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph(s) on the instrument the man executed, the instrument.
I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma State and that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature of Notary/Jurat _____

MADALYNN HUFFORD
Notary Public, State of Oklahoma
Commission # 24002302
My Commission Expires 02-19-2028

**Distribution:**
Judge Little, Chief Judge Heil, Court Clerk (Heidi Campbell), Chief Judge Jerome Holmes, Justice Neil Gorsuch, Defendants

I, _Jarrin Jackson_ certify that I sent a true copy of this document to the Defendants by US Mail on _9-12-24_

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

Jackson
P.O. Box 714
Owasso, OK 74055

4:24-379-JFH-CDL

TULSA OK 740
12 SEP 2024 PM 3 L
postmark 91024

Heidi Campbell (clerk)
333 W. 4th St, Rm 411
Tulsa OK 74103

RECEIVED
SEP 16 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT