### IN AND FOR THE U.S. DISTRICT COURT OF NORTHERN DISTRICT OF OKLAHOMA

**Affidavit and Demand for Declaratory Judgment (Rule 57) in Case 24:4-cv-00379-JFH-CDL**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

Affiant and Plaintiff, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Judge Christine Little, this affidavit, to make the following claims so that you do immediately provide the due care of declaratory judgment in this matter;

**Claim #1:** Plaintiff is entitled to default judgment (Rule 55), because Defendants failed to plead. (See authority below):
**Maxim of Law:** "The silence of a a party implies his consent, when his interest is at stake." *Jenk. Cent.* p. 32, case 64; Broom, *Max.* 138, 787; 9 *Mod.* 38.

**Claim #2:** Plaintiff's original complaint and affidavit is unrebutted and must be accepted as true. (See authority below):
**Fields v. Schaumburg Firefighters' Pension**, 383 Ill. App. 3D 209, 889 N.E. 2d 1167 (Ill. App. Ct. 2008)
"Furthermore, a court must accept an affidavit as true if it is uncontradicted by counter affidavit or other evidentiary material."
**Maxim of Law:** "Proof is the effect of evidence; the establishment of a fact by evidence." *Tift v. Jones*, 77 Ga. 181; 3 S.E. 399.

**Claim #3:** All of Plaintiff's claims in the original complaint are now truth in law.
**Maxim of Law:** "Fact in pleading is circumstance, act, event, or incident, while truth is a legal principle which declares or governs facts in their operation and effect." *Gerrity v. Brady*, 44 Ill. App. 203.

**Please take Final Notice that** Plaintiff demands and moves you as by Rule 57 to immediately declare Plaintiff's rights in this matter according to the facts and truth in law. It is adequate remedy for Plaintiff that you to enter the enclosed "Journal Entry for Judgment" as Final Judgment in this matter.
**Maxim of Law:** "It is the duty of a good judge to cause judgment to be executed without delay." *Co. Litt.* 289.
**Maxim of Law:** "Remedies for rights are ever favorably extended." 18 *Vin. Abr.* 521; *Bouv.* 155.

**Please take Notice that** Plaintiff sends this to you in the peace and love of Jesus Christ.

___ Mail  ___ No Cert Svc  ___ No Orig Sign
___ C/J  ___ C/MJ  ___ C/Ret'd  ___ No Env
___ No Cpys  ___ No Env/Cpys  ___ O/J  ___ O/MJ



## Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief. Executed in ___Owasso___, Oklahoma on this _9_ day of _October_ in the Year of Our Lord Two Thousand and Twenty Four.

_____
Autograph of Affiant:

## Notary as JURAT CERTIFICATE

Oklahoma State        }
___Tulsa___County     }

On this __9__ day of __October__ 20_24_ before me, __Ashley M Hall__, a Notary Public, personally appeared Jarrin Jackson, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph(s) on the instrument the man, executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature of Notary/Jurat __Ashley M Hall__

[Notary Seal: ASHLEY HALE, NOTARY, 22008222, Expires 16 Jun 2026, STATE OF OKLAHOMA PUBLIC]

I, __Jarrin M Jackson__, hereby certify that I sent a true copy of this affidavit and enclosure to Defendants by U.S. Mail on __10-9-24__.

**Please take Notice that** Plaintiff also sent this to Chief Judge John Heil, Chief Judge Jerome Holmes, and Justice Neil Gorsuch by U.S. Mail on October 9, 2024



IN THE UNITED STATES DISTRICT COURT OF NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARRIN JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24-cv-00379-JFH-CDL |
| ) | |
| KELLY GREENOUGH, ) | |
| M. JOHN KANE IV ) | |
| GENTNER DRUMMOND ) | |
| ) | |
| Defendants. ) | |

### JOURNAL ENTRY OF JUDGMENT

On October 9, 2024, Defendants Greenough, Kane, and Drummond failed to plead in response to Plaintiff Jarrin Jackson's case. Plaintiff Jarrin Jackson, standing as one of the people, properly conferred jurisdiction upon this Court, established facts according to law, and now motions for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure based on the facts in law.

People have the guaranteed right to privacy, which means they may withhold themselves and their property from public scrutiny if they choose. Courts are forums of public scrutiny. Jurisdiction over private rights is not gained without the swearing to harm. This means that suits filed without swearing to harm are insufficient for gaining jurisdiction over people. As the maxim declares, "No one is to be believed in court but upon his oath." (3 *Inst.* 79).

On August 19, 2022, a suit was filed against Plaintiff Jarrin Jackson with no swearing to harm. This means jurisdiction over Plaintiff Jackson never existed in Case CJ-22-2609 of the Tulsa District Court and all proceedings occurred without constitutional authority.

Additionally, Plaintiff Jackson's lawful defense of right exposed a pattern of practice by Defendants, in which, as sworn trustees to the Oklahoma Constitution, they ignored Plaintiff Jackson's jurisdictional challenges. Public officials are mere servants and trustees, and they are, at all times, amenable to the people. Whenever one of the people give notice or affidavit to a trustee in government, it is the duty of the trustee to give care according to law and in good faith. Defendants, as the facts prove in this case, failed to give Plaintiff Jackson the duty of care, which delayed justice and subjected Plaintiff Jackson to attacks the Oklahoma Constitution prohibits.

For correct law and good cause, Plaintiff Jarrin Jackson's Motion for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure is immediately granted.

**IT IS NOW SO ORDERED** that the Court enters Declaratory Judgment for Plaintiff Jarrin Jackson against Defendants Greenough, Kane, and Drummond.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
Honorable Christine Little

Magistrate Judge of the U.S. District Court

Approved to form:

_____
Kelly Greenough
500 S. Denver Ave, Rm 713
Tulsa, OK 74103


_____
M. John Kane IV
2100 N. Lincoln Blvd, Ste 4
Oklahoma City, OK 73105


_____
Gentner Drummond
313 NW 21st St
Oklahoma City, OK 73105


_____
Jarrin Jackson
PO Box 714
Owasso, OK 74055



Jackson
PO Box 714
Owasso OK 74055

TULSA OK 740
9 OCT 2024 PM 3 L
postmark 10/9/24

24cv379-JFH-CDL

Court Clerk
333 W. 4th St, Rm 411
Tulsa OK 74103

RECEIVED
OCT 11 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT