

FILED

OCT 18 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Notice of Lack of Jurisdiction in Case CJ-22-2609 and Warning Against Treason

### Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

I, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Judge William LaFortune, this notice, by necessity, so that you do provided immediate due care;

**Please take Notice that** is written in response to Plaintiffs' renewed motion for discovery. Plaintiffs in Case CJ-22-2609 never swore to any claim of injury, which means that Case CJ-22-2609 unlawfully exists and lacks jurisdiction over me. I filed suit against Kelly Greenough in a federal court (Case 4:24-cv-00379-JFH-CDL) for exercising authority without jurisdiction. You only have authority to dismiss this case. (see authority below):
**Maxim of Law:** "Injury is not presumed." *Co. Litt.* 232.

**Please take Specific Notice that** this notice stands as a grave warning against a high trespass and is made by necessity, that you, Judge William LaFortune, will commit treason if you exercise any authority – except to dismiss this case. Lastly, the below two witnesses will attest to your treason if you exercise authority without jurisdiction. (see evidence below):
**Oklahoma Constitution, Article 2, Section 16**
"Treason against the State shall consist only in levying war against it or in adhering to it enemies, giving them aid and comfort. No person shall be convicted of treason, unless on the testimony of two witnesses to the same over act, or on confession in open court."
**"State", Black's Law Dictionary (4th)**
"A people permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe."
**Maxim of Law:** "An aggressor, who puts himself into the state of War with another, and unjustly invades another's Right, can never, by such unjust War, come to have a right over the Conquered." Locke, *Treat.* 2, 16, 176.
**Maxim of Law:** "Necessity overrules the law." *Hob.* 144; Cooley, *Const. Lim.* (4th Ed.) 747.

**Please take Final Notice that** I demand and order you, Judge William LaFortune, to immediately dismiss this case for lack of jurisdiction. If you believe I am wrong in the law, you may submit affidavit, sworn under penalty of perjury and postmarked within one (1) day after receipt of this affidavit, citing the evidence or constitutional authority granting you to exercise authority without jurisdiction, or, by tacit acquiescence, you agree to all statements herein and this notice shall stand against you as evidence and fact and truth and law in all courts of record and no court may rehear it, and that you do, with full knowledge, malice, and intent, attack me without authority, which is an adversarial and unofficial act in breach of trust and in violation of your oath to the Oklahoma Constitution. Any response not submitted under penalty of perjury shall stand as express consent to all statements herein.
**Maxim of Law:** "To know a thing, and to be bound to know it, are regarded in law as equivalent." *Tray. Leg. Max.* 551; *Bouv.* 129.

**Please take Notice that** this is sent in the peace and love of Jesus Christ as a warning against severe error.

Jarrin Jackson          Date 10/16/24

Witness 1: Betty Jackson          Witness 2: [signature]

**Distribution:** Judge LaFortune, Tulsa Clerk, Taylor Burke, Chief Justice John Kane, Judge Christine Little, Federal Court Clerk, Chief Judge John Heil, Chief Judge Jerome Holmes, Justice Neil Gorsuch

Jackson
PO Box 714
Owasso OL
74055

TULSA OK 740
16 OCT 2024 PM 3 L
Postmarked 10/16/24
24CV 379 JFH-CDL

Federal Court Clerk
333 W 4th St   Rm 411
Tulsa
OK   74103

RECEIVED
OCT 18 2024
Heidi D Campbell, Clerk
U.S. DISTRICT COURT