## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Jarrin Jackson,**

  **Plaintiff,**

**v.**

             Case No. 24-cv-00379-JFH-CDL

                   24-cv-00456-JFH-CDL

                   24-cv-00449-JFH-CDL

**M John Kane, IV, et al,**

  **Defendant.**

## <u>MINUTE ORDER</u>

At the direction of Chief Judge John F. Heil, III:

Plaintiff shall not direct mail to any judge in the United States District Court Northern District of Oklahoma.  Any future correspondence addressed to a judge in this Court will be returned to Plaintiff unopened.  Plaintiff may continue filing in this case by addressing filings—in proper pleading format—to the Clerk's Office.  Further, Plaintiff may not file notices, letters, or stand-alone affidavits unless such documents serve to notify the Court regarding procedural matters such as changes of address or changes of counsel.  Improperly filed documents will be stricken from the record.

Heidi D. Campbell,
Clerk of Court, United States District Court

*s/P Lynn*

_____

By: P. Lynn, Deputy Clerk