IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JARRIN JACKSON, one of the People,<br><br>Plaintiff,<br>v.<br><br>(2) KELLY GREENOUGH (Tulsa District Judge)<br>(3) M. JOHN KANE IV (OK Sup. Ct. Chief Justice);<br>(4) GENTNER DRUMMON (OK Attorney General),<br><br>Defendants. | **Case No.: 24-cv-379-JFH-CDL**<br><br>**Demanding: Automatic Stay** (Tulsa District Court Case: CJ-22-2609); Defendants Answer Constitutional Question; Judicial Relief from Government Attacks; Access to Federal Grand Jury |

### DEFENDANTS' RESPONSE
### TO PLAINTIFF'S MOTION FOR DEFAULT

Defendants Tulsa County District Judge Kelly Greenough, Oklahoma Supreme Court Justice John Kane IV, and Oklahoma Attorney General Gentner Drummond ("Defendants") submit their Response to Plaintiff's "Affidavit and Demand for Declaratory Judgment (Rule 57)". [Doc. 22]. Defendants request the Court to deny his request. In support thereof, Defendants state:

1. Plaintiff has filed an "Affidavit" alleging he is "entitled to default judgment (Rule 55) because Defendants failed to plead". [Doc. 22].

2. Defendants filed an initial Motion to Dismiss on September 9, 2024 [Doc. 11]. The Motion asserted grounds for dismissal under Fed. R. Civ. P. 12b(5), and (6).

3. Presumably in response to Defendants' Motion, Plaintiff properly served Defendants on September 13, 2024.

4. Defendants withdrew the Fed. R. Civ. P. 12b(5) proposition arguing for dismissal while continuing to assert the remaining grounds. [Doc. 17].

5. Contrary to Plaintiff's assertion, Defendants have, in fact, responded to his Complaint and asserted multiple grounds for dismissal. As such, there is no cognizable claim for default judgment.

WHEREFORE, based on the aforementioned reasons, the Court should deny Plaintiff's Motion for Default Judgment against Defendants.

Respectfully submitted,

/s/ Stefanie Lawson
**STEFANIE E. LAWSON, OBA#22422**
ASSISTANT ATTORNEY GENERAL
OKLAHOMA ATTORNEY GENERAL'S OFFICE
LITIGATION DIVISION
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 521-2951 | F: (405) 521-4518
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid to:

Jarrin Jackson
PO Box 714
Owasso, OK 74055
*Plaintiff pro se*

                                               /s/ *Stefanie Lawson*
                                               Stefanie E. Lawson