FILED
OCT 31 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## Affidavit and Motion to Enter Judgment (Rule 58) for Case 4:24-cv-00379-JFH-CDL
### Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

Affiant and Plaintiff, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1) republican in form, *Sui Juris*, do serve you, Chief Judge John Heil, this affidavit to motion this Court by Rule 58 to declare the law and enter judgment as matter of duty and a constitutional necessity;

**Claim #1:** On October 8, 2024 Defendants defaulted.

**Claim #2:** On October 9, 2024, Plaintiff was owed default judgment and moved this Court by affidavit for declaratory judgment (Rule 57). (see authority below):
**Maxim of Law:** "Justice is neither to be denied nor delayed." *Jenk. Cent.* 76, 93.

**Claim #2:** The Constitution guarantees Plaintiff the right to access courts to redress grievances with an impartial judge. (see evidence below)
**First Amendment to the United States Constitution:**
"Congress shall make no law...or abridging...the right of the people...to petition the Government for a redress of grievances."
**Maxim of Law:** "The law favors justice and right." *Wing. Max.* 141.

**Claim #3:** On October 21, 2024, Plaintiff sent you affidavit (Tracking #9589071052702178408456; Received 10-23-24) moving you in this matter as a constitutional necessity.

**Claim #4:** As of October 25, 2025, Plaintiff is owed judgment and this Court has failed to do it duty.

**Please take Notice that** Defendants are BAR Association members and Plaintiff is blocked from access to judgment.

**Please take Further Notice that** Plaintiff asks, "Is it lawful in this nation to block people's access to their courts or judgments?"

**Please take Additional Notice that** Plaintiff asks, "Does it follow the lawful pattern as was at the creation of this nation, for an association – like the BAR Association – to be able to access courts and not follow the fundamental maxims of law?"

**Please take Final Notice that** Plaintiff demands and moves you, Chief Judge John Heil, to enter the judgment (Rule 58) according to the enclosure. Your failure to do this within five (5) days receipt of this affidavit will be construed as refusing Plaintiff's access to this court and denying justice and this affidavit shall stand as evidence that you are refusing me access to this court.

**Please take Notice that** this is sent to you in the peace and love of Jesus Christ.



Verification

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provisions of 28 USC 1746 that all of the above and foregoing representations are true and correct to the best of my knowledge, information and belief. Executed in ___Owasso___, Oklahoma on this 25 day of October in the Year of Our Lord Two Thousand and Twenty Four.

Autograph of Affiant: 

Notary as JURAT CERTIFICATE

Oklahoma State }
___Tulsa___ County }

On this 25 day of October 20 24 before me, Madalynn Hufford, a Notary Public, personally appeared Jarrin Jackson, who proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his autograph(s) on the instrument the man executed, the instrument.
I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma State and that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature of Notary/Jurat ___

MADALYNN HUFFORD
Notary Public, State of Oklahoma
Commission # 24002302
My Commission Expires 02-19-2028

**Distribution:**
Chief Judge John Heil
Defendants
Court Clerk
Chief Judge Jerome Holmes
Justice Neil Gorsuch
Rep. Jim Jordan
Rep. Marjorie Taylor-Greene
Rep. Thomas Massie

IN THE UNITED STATES DISTRICT COURT OF NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARRIN JACKSON, one of the people | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:24-cv-00379-JFH-CDL |
| | ) |
| KELLY GREENOUGH, et al. | ) |
| | ) |
| Defendants. | ) |

### JOURNAL ENTRY OF JUDGMENT

On October 8, 2024, Defendants Greenough, Kane, and Drummond failed to plead in response to Plaintiff Jarrin Jackson's case regarding lack of jurisdicition in a matter where there was no swearing of harm. Mr. Jackson properly conferred jurisdiction upon this Court, established fact according to law, and now motions for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure.

People have the guaranteed right to privacy, which means they may withhold themselves and their property from public scrutiny is they choose. Courts are forums of public scrutiny. Jurisdiction over private rights is not gained without swearing to harm. This means that suits filed without swearing to harm are insufficient for gaining jurisdiction over people. As the maxim declares, "No one is believed in court but upon his oath." (3 *Inst.* 79).

On August 19, 2022, a suit was filed against Mr. Jackson with no swearing to harm. This means jurisdiction over Mr. Jackson never existed and the Tulsa District Case (CJ-22-2609) is dismissed for lack of jurisdiction and that all proceedings occurred without constitutional authority.

Additionally, Mr. Jackson's lawful defense of right exposed a pattern of practice by Defendants, in which, as sworn trustees to the Oklahoma Constitution, they ignored Mr. Jackson's jurisdictional challenges. Public officials are mere servants and trustees, and they are, at all times, amenable to the people. Whenever one of the people give notice or affidavit to a trustee in government, it is the duty of the trustee to give care according to law and in good faith. Defendants, as the facts prove by unrebutted affidavit in this case, failed to give Mr. Jackson due care, which delayed justice and subjected Mr. Jackson to attacks the Oklahoma Constitution prohibits.

For correct law and good cause, Mr. Jackson's Motion for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure is immediately granted.

IT IS NOW SO ORDERED that the Court enters Declaratory Judgment for Plaintiff Jarrin Jackson against Defendants Greenough, Kane, and Drummond.

IT IS SO ORDERED this _____ day of _____ 2024.

_____
The Honorable John Heil
Chief Judge of U.S. District Court

Jackson
P.O. Box 714
Owasso, OK 74055

TULSA OK 740
25 OCT 2024 PM 2 L

Scanned by
US Marshal

Chief Judge Jerome Holmes
1823 Stout St
Denver CO 80257

80257