Notice and Constitutional Demand to Show the Law Regarding Proper Pleading

Cases: 4:24-cv-00379-JFH-CDL, 4:24-cv-00456-JFH-CDL, 4:24-cv-00449-JFH-CDL

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

Plaintiff, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Chief Judge John Heil, this notice, by necessity, that you do provide immediate due care:

**Please take Notice that** this is sent in response to your several "Minute Orders" regarding Plaintiff's correspondence. Those administrative documents included, "Plaintiff shall not direct mail to any judge in the United States District Court of Oklahoma" and "Improperly filed documents will be stricken from the record."

**Please take Notice that** the text, history, and tradition of common law actions is that people may prosecute them in simplicity. Also, since people are sovereign over government, Plaintiff, as a beneficiary of government, demands you, a trustee to the Constitution, show, in writing, the common law standard, as was the historical custom and usage at the time of the founding of this nation, where beneficiaries are bound in the form of their correspondence to trustees. Lastly, the precise definition of "court of record" says that the court's record is a perpetual memorial, which means striking Plaintiff's documents from the record violates Plaintiff's right to redress grievances in simplicity and shows you are not giving Plaintiff a judicial process. (see evidence below):

**First Amendment to the United States Constitution**
"Congress shall make no law respecting...or abridging...the right of the people...to petition the Government for a redress of grievances."

**Ninth Amendment to the United States Constitution**
"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

**United States Constitution, Article 3, Section 2**
"The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution..."

**"Court of record", Black's Law Dictionary (4th)**
"A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial."

**Maxim of Law:** "Legal form is essential form." 10 *Coke*, 100.

**Please take Final Notice that** Plaintiff demands you, Chief Judge John Heil, publish the standard, as it was understood at the founding of this nation, for the form of beneficiaries corresponding to trustees within five (5) days receipt of this notice, so that Plaintiff can obey the law; otherwise, Plaintiff will prosecute cases in simplicity by right.

**Please take Notice that** this is sent to you in the peace and love of Jesus Christ.

_____   10-31-24
Jarrin Jackson                  Date

**Distribution:** Court Clerk, Ms. Stefanie Lawson (unlawful emolument for Defendants), Chief Judge Jerome Holmes, Justice Neil Gorsuch

☑ Mail    ___ No Cert Svc    ___ No Orig Sigs
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ☑ No Env/Cpys    ___ O/J    ___ O/MJ

Jackson
P.O. Box 714
Owasso, OK 74055

CERTIFIED MAIL

9589 0710 5270 1572 2049 16

U.S. POSTAGE
FCM LETTER
OWASSO, OK 74
NOV 01, 2024
$9.68
S2324H505482-0

Retail
UNITED STATES POSTAL SERVICE
RDC 99
74103

postmark 11/1/24

RECEIVED
NOV 04 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Court Clerk
333 W. 4th St., Rm 411
Tulsa, OK 74103

24cv379-JFH-CDL
24cv456-JFH-CDL
24cv449-JFH-CDL

74103-388158