

Notice for Case 4:24-cv-00379-JFH-CDL of Non-Receipt of Defendants' Response to Original Complaint and Motion to Stay Proceedings (Rule 62) and Motion to Prohibit Unlawful Emolument

Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

Plaintiff, Jarrin Jackson, one of the people (as seen in Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris*, do serve you, Chief Judge John Heil, this notice, so that you do provide due care;

**Please take Notice that** Plaintiff never received Defendants' answer to the original complaint. Also, Ms. Stefanie Lawson is Plaintiff's trustee, which means her defense of Defendants is an unlawful emolument and breach of trust. The people are the state. The state is not its trustees. (see evidence below):
**Oklahoma Constitution, Article 23, Section 10**
"Except wherein otherwise provided in this Constitution, in no case shall the salary or emoluments of any public official be changed after his election or appointment, or during his term of office, unless by operation of law enacted prior to such election or appointment; nor shall the term of any public official be extended beyond the period for which he was elected or appointed: Provided, That all officers within this State shall continue to perform the duties of their offices until their successors shall be duly qualified."
**"Answer", Black's Law Dictionary (4ᵗʰ)**
"Strictly speaking, it is a pleading by which defendant in suit at law endeavors to resist the plaintiff's demand by an allegation of facts, either denying allegations of plaintiff's complaint or confessing them and alleging new matter in avoidance, which defendant alleges should prevent recovery of facts alleged by plaintiff. In re Herle's Will, 173 Misc. 879, 19 N.Y.S. 2d 263, 265.
**"State", Black's Law Dictionary (4ᵗʰ)**
"A people permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things ithin its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe."
**Maxim of Law:** "Faith must be observed. An agent must not violate the confidence reposed in him." Story, *Ag.* s. 192.

**Please take Further Notice that,** in good faith, Plaintiff gives Defendants three (3) days upon receipt of this notice to postmark their answer to Plaintiff's original complaint, or Plaintiff's affidavits shall stand as unrebutted and Plaintiff will resume actions for judgment in this Court.

**Please take Final Notice that** Plaintiff demands and moves you, Chief Judge John Heil, to stay proceedings in Tulsa District Court (Case CJ-22-2609) in the interest of justice, as those ongoing proceedings do irreparable harm of Plaintiff – attacking liberty and property without any swearing of harm; and Plaintiff demands and moves you, Chief Judge John Heil, to prohibit Defendants' use of unlawful emolument, as Ms. Stefanie Lawson's defense of Defendants stands as trust property of the Oklahoma Constitution being used to defend trustees while trustees, one of the Defendants is Ms. Lawson's boss, are being sued by a beneficiary for their maladministration of trust property.

**Please take Notice that** this is sent in the peace and love of Jesus Christ.

Jarrin Jackson          Date 10-30-24

Distribution:
Chief Judge John Heil            Justice Neil Gorsuch
Court Clerk
Ms. Stefanie Lawson (unlawful emolument for Defendants)
Chief Judge Jerome Holmes

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

Jackson
P.O. Box 714
Owasso, OK 74055



**CERTIFIED MAIL®**

9589 0710 5270 1572 2049 09

RDC 99

Retail




74103

U.S. POSTAGE P/
FCM LETTER
OWASSO, OK 740
NOV 01, 2024
$9.68
S2324H505482-0

postmark 11/1/24

24cv379-JFH-CDL

Court Clerk
333 W. 4th St., Rm 411
Tulsa, OK 74103

**RECEIVED**
NOV 04 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

74103-388199