IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JARRIN JACKSON,

        Plaintiff,

v.

KELLY GREENOUGH,
M. JOHN KANE IV, and
GENTNER DRUMMOND,

        Defendants.

Case No. 24-CV-379-JFH-CDL

## MINUTE ORDER

At the direction of John F. Heil, III, U.S. Chief District Judge, it is hereby ordered that: In accordance with this Court's prior Order [Dkt. No. 25], Plaintiff's Notice and Constitutional Demand to Show the Law Regarding Proper Pleading [Dkt. No. 29] and Notice of Non-Receipt of Defendant's Response to Original Complaint and Motion to Stay Proceedings (Rule 62) and Motion to Prohibit Unlawful Emolument [Dkt. Nos. 30, 31] are hereby STRICKEN. Plaintiff is referred to the Federal Rules of Civil Procedure; Plaintiff is advised that any future motion must be in accordance with LCvR 7-1.

Dated this 5th day of November 2024.

                                                  Heidi Campbell,
                                                  Clerk of Court, United States District Court

                                                  *s/ Pam Lynn*
                                                  By: P. Lynn, Deputy Clerk